UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>One Silver 2000 Acura 35RL Sedan, )<br>VIN JH4KA9655YC014854, )<br>seized from Enrique Rosario, )<br>)<br>Defendant-in-Rem )<br>_____ ) | Civil No. 09-33-JD |

**FINAL ORDER OF FORFEITURE**

1. This action in-rem was brought on February 4, 2009.

2. On February 17, 2009, the United States served a copy of the Verified Complaint, along with the Notice of Forfeiture Complaint, Summons and Warrant of Arrest in Rem, and ECF Notice on Enrique Rosario, and Richard Monteith, Esq., counsel for Enrique Rosario.

3. A legal notice of this action in-rem was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 19, 2009. Claims based on direct notice were due no later than March 24, 2009, and May 18, 2009, as to the official government internet site.

4. No claimant has come forward to claim the defendant-in-rem One Silver 2000 Acura 35RL Sedan, VIN JH4KA9655YC014854, seized from Enrique Rosario. The deadline for filing all claims has lapsed.

5. The United States has established in the Verified Complaint for Forfeiture In Rem probable cause to believe that the defendant-in-rem One Silver 2000 Acura 35RL Sedan, VIN JH4KA9655YC014854, seized from Enrique Rosario, was furnished or intended to be furnished

in exchange for a controlled substance, or constitutes proceeds of drug distribution, and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    A.  That all right, title and interest to the defendant-in-rem One Silver 2000 Acura 35RL Sedan, VIN JH4KA9655YC014854, seized from Enrique Rosario, is hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

    B.  That the defendant-in-rem One Silver 2000 Acura 35RL Sedan, VIN JH4KA9655YC014854, seized from Enrique Rosario, shall be disposed of by the United States Marshals Service (USMS) in accordance with the applicable law and regulations, from which amount the USMS shall deduct its costs related to this proceeding.  The proceeds, less any costs to the USMS pertaining to the defendant-in-rem property, shall be forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party, and the proceeds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, U.S.C. § 881(e).

    The Clerk is hereby directed to send two certified copies of this Order to the United States Marshals Service and a copy to United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: May 20, 2009          /s/ Joseph A. DiClerico, Jr.

                                       UNITED STATES DISTRICT JUDGE